UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAYAM ZERAAT,<br><br>    *Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    *Defendants*. | 1:18-cv-02866-TJK |

### THE DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE DEADLINE TO CONCLUDE MEDIATION TO NOVEMBER 30, 2020

Defendant the District of Columbia respectfully moves this Court for an Order extending the mediation deadline to November 30, 2020, extending the parties' deadline to file a joint status report to December 4, 2020, and continuing the November 12, 2020 post-mediation status hearing.

The Federal Rules of Civil Procedure provide that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend time . . . with or without motion or notice if the court acts, or if the request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(a). The current mediation deadline, per the Court's September 8, 2020 Minute Order, is November 6, 2020. This deadline has not yet lapsed. Good cause exists to extend this deadline because mediation cannot take place until the District is able to obtain settlement authority. The District of Columbia Board of Elections ("BOE"), an independent agency that administers the District's elections, must provide settlement authority and the process of obtaining authority from BOE is incomplete. Consequently, the parties and mediator David Clark have tentatively scheduled mediation to take place on November 23, 2020,

contingent upon the Court's approval.  Setting a November 30th deadline to complete mediation will allow the parties to hold a second day of mediation, if one becomes necessary.

No party will be prejudiced by the entry of this Order.  To the contrary, Plaintiff consents to the relief sought.

One other deadline will have to be extended, and one hearing will have to be continued, to accommodate the District's request that the mediation deadline be extended.  The District therefore also moves for the parties' deadline to submit a joint status report to be extended to December 4, 2020, and that the post-mediation telephonic status conference scheduled for November 12, 2020, at 10:00 a.m. be continued to a date to be determined by the Court.

A memorandum of points and authorities, as well as a proposed form of Order, are attached hereto.

October 20, 2020

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

MICHAEL K. ADDO
Chief, Civil Litigation Division Section IV

/s/ *Benjamin E. Bryant*
BENJAMIN E. BRYANT [1047632]
Assistant Attorney General
Civil Litigation Division Section IV
400 6th St. N.W.
Washington, D.C. 20001
202-724-6652 (phone)
202-730-0624 (fax)
benjamin.bryant@dc.gov

Counsel for Defendants

## CERTIFICATE PURSUANT TO LCvR 7(m)

I hereby certify that Plaintiff's counsel Michael Alan Yoder, Esq. has consented to the relief sought by this motion.

/s/ *Benjamin E. Bryant*
BENJAMIN E. BRYANT